IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

       Plaintiff,

vs.

JIN WONG, et al.,

       Defendants.

_____/

No. CIV S-05-0770 WBS GGH

ORDER

This matter, presently scheduled for plaintiff's motion for default judgment against defendants Jin Wong, Wonda Wong and Gordon Wong, is vacated from the calendar for September 29, 2005, and will be taken under submission on the papers.

DATED: 9/22/05                    /s/ Gregory G. Hollows

                                        GREGORY G. HOLLOWS
                                        UNITED STATES MAGISTRATE JUDGE

GGH:076
Johnson770.sbm.wpd

1