UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SCOTT N. JOHNSON,

        Plaintiff,                Civ. 2:05-0770 WBS-GGH

    v.

JIN WONG; WONDA WONG; GORDON WONG; and DOES 1-10, inclusive,

        Defendants.

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

After reviewing the parties' Joint Status Report, the court hereby vacates the Status (Pretrial Scheduling) Conference scheduled for February 17, 2006, and makes the following findings and orders without needing to consult with the parties any further:

        I.    SERVICE OF PROCESS

        All named defendants have been served and no further service is permitted without leave of court, good cause having been shown under Fed. R. Civ. P. 16(b).

1          II.    JOINDER OF PARTIES/AMENDMENTS

2          No further joinder of parties or amendments to
3  pleadings is permitted except with leave of court, good cause
4  having been shown under Fed. R. Civ. P. 16(b).  See Johnson v.
5  Mammoth Recreations, Inc., 975 F.2d 604 (9th Cir. 1992).

6          III.   JURISDICTION/VENUE

7          Jurisdiction is predicated on 28 U.S.C. § 1331
8  (federal question) for violations of the Americans with
9  Disabilities Act of 1990, 42 U.S.C. 12101 et seq.  Venue is
10 undisputed and hereby found to be proper.

11         IV.    VOLUNTARY DISPUTE RESOLUTION PROGRAM

12         The parties stipulate that this matter be referred to
13 Voluntary Dispute Resolution Program.  If the case is not
14 settled in Voluntary Dispute Resolution Program, a Settlement
15 Conference will be set at the time of the Pretrial Conference.

16         V.    DISCOVERY

17         Initial disclosures required by Fed. R. Civ. P. 26
18 (a)(1) will be served by no later than February 28, 2006.

19         Plaintiff shall disclose experts and produce reports
20 in accordance with Fed. R. Civ. P. 26(a)(2) by no later than
21 April 28, 2006.

22         Defendant shall disclose experts and produce reports
23 in accordance with Fed. R. Civ. P. 26(a)(2) by no later than May
24 12, 2006.

25         With regard to expert testimony intended solely for
26 rebuttal, those experts shall be disclosed and reports produced
27 in accordance with Fed. R. Civ. P. 26(a)(2) on or before June 2,
28 2006.

1 All discovery is left open, save and except that
2 expert discovery shall be so conducted as to be completed by
3 July 31, 2006, and non-expert discovery shall be so conducted as
4 to be completed by August 31, 2006.  The word "completed" means
5 that all discovery shall have been conducted so that all
6 depositions have been taken and any disputes relative to
7 discovery shall have been resolved by appropriate order if
8 necessary and, where discovery has been ordered, the order has
9 been obeyed.  All motions to compel discovery must be noticed on
10 the magistrate judge's calendar in accordance with the local
11 rules of this court and so that such motions may be heard (and
12 any resulting orders obeyed) not later than July 31, 2006 for
13 expert discovery and August 31, 2006 for non-expert discovery.
14           VI.  MOTION HEARING SCHEDULE
15           All motions, except motions for continuances,
16 temporary restraining orders or other emergency applications,
17 shall be filed on or before October 31, 2006.  All motions shall
18 be noticed for the next available hearing date.  Counsel are
19 cautioned to refer to the local rules regarding the requirements
20 for noticing and opposing such motions on the court's regularly
21 scheduled law and motion calendar.
22           VII.  FINAL PRETRIAL CONFERENCE
23           The Final Pretrial Conference is set for February 12,
24 2007 at 10:00 a.m.  The conference shall be attended by at least
25 one of the attorneys who will conduct the trial for each of the
26 parties and by any unrepresented parties.
27           Counsel for all parties are to be fully prepared for
28 trial at the time of the Pretrial Conference, with no matters

1  remaining to be accomplished except production of witnesses for
2  oral testimony.  Counsel shall file separate pretrial
3  statements, and are referred to Local Rules 16-281 and 16-282
4  relating to the contents of and time for filing those
5  statements.  In addition to those subjects listed in Local Rule
6  16-281(b), the parties are to provide the court with: (1) a
7  plain, concise statement which identifies every non-discovery
8  motion which has been tendered to the court, and its resolution;
9  (2) a list of the remaining claims as against each defendant;
10 and (3) the estimated number of trial days.
11         In providing the plain, concise statements of
12 undisputed facts and disputed factual issues contemplated by
13 Local Rule 16-281(b)(3)-(4), the parties shall emphasize the
14 claims that remain at issue, and any remaining affirmatively
15 pled defenses thereto.  If the case is to be tried to a jury,
16 the parties shall also prepare a succinct statement of the case,
17 which is appropriate for the court to read to the jury.
18         VIII.  TRIAL SETTING
19         The trial is set for April 10, 2007, at 9:00 a.m. in
20 Courtroom No. 5.
21         IX.  SETTLEMENT CONFERENCE
22         A Settlement Conference will be set at the time of the
23 Pretrial Conference.
24         All parties should be prepared to advise the court
25 whether they will stipulate to the trial judge acting as
26 settlement judge and waive disqualification by virtue thereof.
27         Counsel are instructed to have a principal with full
28 settlement authority present at the Settlement Conference or to

4

be fully authorized to settle the matter on any terms.  At least seven calendar days before the Settlement Conference counsel for each party shall submit a confidential Settlement Conference Statement for review by the settlement judge.  If the settlement judge is not the trial judge, the Settlement Conference Statements shall not be filed and will not otherwise be disclosed to the trial judge.

X. MODIFICATIONS TO SCHEDULING ORDER

Any requests to modify the dates or terms of this Scheduling Order, except requests to change the dates of the final Pretrial Conference or trial, may be heard and decided by the assigned Magistrate Judge.  All requests to change the dates of the Pretrial Conference and/or trial shall be heard and decided only by the undersigned judge.

DATED:  February 2, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE