John Y. Igarashi, Esq. (SBN 180118)
LAW OFFICES OF JOHN Y. IGARASHI,
A PROFESSIONAL CORPORATION
6 Morgan, Suite 112
Irvine, CA 92618
Tel: (949) 951-0200

Attorneys for Defendants, JIN WONG,
WONDA WONG, and GORDON WONG

Scott N. Johnson, Esq.
5150 Fair Oaks Boulevard, Suite 101
PMB #253
Carmichael, CA 95608-5758
Tel.: (916) 485-3516

Plaintiff Pro Se

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>            Plaintiff,<br><br>vs.<br><br>JIN WONG, WONDA WONG, and GORDON WONG,<br><br>            Defendants. | Case No. CIV-S-05-0770-WBS/GGH<br><br>**STIPULATION TO DISMISSAL OF ENTIRE ACTION WITH PREJUDICE; ORDER DISMISSING CASE**<br><br>[ FRCP 41(a) ] |

WHEREAS the dispute described within the Complaint, filed in the above-captioned matter, has been fully resolved among the parties,

IT IS HEREBY STIPULATED BY DEFENDANTS, THROUGH COUNSEL, on the one hand, AND PLAINTIFF, PRO SE, on the other hand, that this action be dismissed with prejudice, in its entirety, pursuant to the terms

- 1 -

of the Settlement Agreement and Release ("Agreement"), which became fully executed on August 25, 2006. The Agreement provided (among other provisions) that all parties would bear their own costs and attorneys' fees.

DATED: August ___, 2006     SCOTT N. JOHNSON, ESQ.,
                            PLAINTIFF PRO SE

                            By: _____
                                Scott N. Johnson, Esq.,
                                Plaintiff Pro Se

DATED: August 29, 2006      LAW OFFICES OF JOHN Y. IGARASHI,
                            A PROFESSIONAL CORPORATION

                            By: _____
                                John Y. Igarashi, Esq.,
                                Attorneys for Defendants,
                                JIN WONG, WONDA WONG, and
                                GORDON WONG

## ORDER OF DISMISSAL

THE ABOVE-CAPTIONED CASE IS HEREBY ORDERED, AND DEEMED TO BE, DISMISSED WITH PREJUDICE.

DATED:   September 5, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE